# LIONBRIDGE

STATE OF NEW YORK      )
                       )
                       )  ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached excerpt.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this **4th** day of **May**, 20**20**.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

[…]

**Article 2: Documents making up the Procurement Contract**

Listed below in priority order are the contract documents making up the Procurement Contract:

- Exhibit 1: Contract Agreement and Negotiation Protocol
- Exhibit 2: Tender with appendices (see NB at the end of the page)
- Exhibit 3: General Administrative Terms and Conditions
- Exhibit 4: Special Administrative Terms and Conditions
- Exhibit 5: List of unit prices and Bill of quantities
- Exhibit 6: Technical specifications
- Exhibit 7: Plans

NB: The appendices to the Tender are: sub-detail of the prices, work plan, methodology, list of equipment, list of materials and list of staff, reference rate or fixing contained in the Tender.

[…]

**REPUBLIQUE DE GUINEE**
Travail – Justice – Solidarité

---

**MINISTERE DES TRAVAUX PUBLIQUE ET DES TRANSPORTS**

---

Direction Nationale des Investissements Routiers

---

# REAMENAGEMENT DE LA 2X2 VOIES ENTRE TOMBO ET L'AEROPORT DE GBESSIA (CONAKRY)

## LOT 4 : TRONÇON KENIEN - T1

## MARCHE DE TRAVAUX

N° 2003 | 0325 | 1 | 2 | 1 | 2 | N

| | |
|---|---|
| **ENTREPRISE :** | Compagnie Sahélienne d'Entreprises (C.S.E.) |
| **ADRESSE :** | Rocade Fann Bel Air - BP 609 Dakar-Sénégal (Siège) |
| | B.P.2241 Conakry, Guinée (Agence en Guinée) |
| **MONTANT DU CONTRAT HORS TAXE :** | 16 822 442 035 GNF |
| **MONTANT DU CONTRAT TOUTES TAXES :** | 20 905 049 199 GNF |
| **DELAI D'EXECUTION :** | 15 mois |
| **DATE DE NOTIFICATION :** | .................................................. |
| **FINANCEMENT :** | Fonds Arabe(FKD, FSD, BADEA), l'OPEP et Gouvernement Guinéen |

Juin 2003

# Lettre de Marché



**ENTRE**

Le Gouvernement de la République de Guinée, représenté par **le Ministre des Travaux Publics et des Transports** (ci-après appelé « **Maître de l'Ouvrage** »)

d'une part

**ET**

L'Entreprise Compagnie Sahélienne d'Entreprises (C.S.E.), de Nationalité Sénégalaise,
Siège sociale : Rocade Fann Bel Air - BP 609 Dakar, (Sénégal)
Tél : 00221 8590300 ; Fax : 00221 8320395
Agence en Guinée : B.P. 2241 Conakry, Guinée
Tél/Fax : (224) (11) 21 40 06
Représenté par **Monsieur Aliou SOW**, agissant pour le compte et en qualité de **Directeur Général de l'Entreprise Compagnie Sahélienne d'Entreprises en Guinée**. (Ci-après appelé le « **Titulaire** »).

d'autre part

Il a été convenu et arrêté ce qui suit :

### Article 1 : Objet du marché

Le présent marché a pour objet l'exécution du projet de Réaménagement de la 2X2 voies entre Tombo et l'Aéroport de Gbessia (Conakry), LOT 4 : Tronçon Kenien-T1.

### Article 3 : Montant du marché

1)- Le montant global du marché Hors Taxes, hors douanes s'élève à la somme de :
**16 822 442 035 GNF (Seize milliards huit cent vingt deux millions quatre cent quarante deux mille trente cinq Francs Guinéens)**.

2)- Montant des taxes: **4 082 607 164 GNF (Quatre milliards quatre vingt deux millions six cent sept mille cent soixante quatre GNF)**

3)- Montant toutes taxes comprises : **20 905 049 199 GNF (Vingt milliards neuf cent cinq millions quarante neuf mille cent quatre vingt dix neuf Francs Guinéens).**

TOMBO-GBESSIA LOT4              1/3





### Article 4 : Modalités de règlement

Le maître de l'Ouvrage se libérera des sommes dues à l'Entreprise pour ce qui concerne la part en devise soit 86.82 % du montant hors taxes du marché par virement bancaire en EURO (EUR) au compte N° **17722-00001** ouvert à la banque **Crédit Commercial de France (CCF)** Paris, 115-117 Avenue des Champs-Elysées, 75419 Paris Cedex 08.
Et pour ce qui concerne la part en Francs Guinéens soit 13.18 % du montant du marché par virement au compte no. **05000560170/11** ouvert à la banque **Union Internationale de Banques en Guinée (UIBG)** Conakry.
Le taux de change applicable à ce marché est de 1 Euro = 1965,5267 GNF (fixing Banque Centrale de la République de Guinée).

### Article 5 : Fiscalité

Les droits et taxes applicables à ce marché seront pris en charge par l'Etat et l'Entreprise de la manière suivante :

**a- Droits et taxes à la charge de l'Adjudicataire**

| | |
|---|---:|
| 1) Patente proportionnelle | 33,644,884 GNF |
| 2) Impôt minimum forfaitaire | 40,000,000 GNF |
| 3) Impôt sur les sociétés (35% des bénéfices) | 58,878,550 GNF |
| 4) Retenues sur les traitements et salaires du personnel local | 118,538,582 GNF |
| 5) Timbres fiscaux | 25,000 GNF |
| 6) Droit d'enregistrement sur 13.18 % du montant HT financé par l'Etat guinéen | 4,017,198 GNF |
| 7) Retenues à la source sur le loyer | 5,280,000 GNF |
| 8) RTL : 2% de la valeur CAF des importations | 260,217,271 GNF |
| 9) Prélèvement communautaire et centime additionnel sur les importations | 21,474,109 GNF |
| 10) Taxe Unique sur les véhicules (TUV) (TUV : 175.000 GNF/Véhicule) | 10,675,000 GNF |
| 11) TVA sur les achats de gasoil et de pétrole | 189,418,271 GNF |
| 12) Redevance informatique (10.000 GNF/Déclaration) | 890,000 GNF |
| **Total** | **743,058,865 GNF** |

**b- Droits et taxes à la charge de l'Etat**

| | |
|---|---:|
| 1) TVA à 18% sur les importations des matériaux rentrant dans l'ouvrage | 249,853,558 GNF |
| 2) TVA à l'importation sur le bitume | 147,252,017 GNF |
| 3) TVA à l'importation sur les pièces détachées et les pneumatiques | 42,854,610 GNF |
| 4) Droit de douane d'entrée 7% de la valeur CAF des importations | 200,425,019 GNF |
| 5) Droit fiscal d'entrée 8% de la valeur CAF des importations | 229,057,165 GNF |
| 6) TVA sur les achats locaux entrants dans l'ouvrage | 152,725,229 GNF |
| 7) TVA sur les achats locaux restants propriété de l'administration | 32,400,000 GNF |
| 8) TVA sur le montant du marché HT | 3,028,039,566 GNF |
| **Total** | **4,082,607,164 GNF** |

TOMBO-GBESSIA LOT4      2/3





### Article 6 : Délai d'exécution

Les travaux faisant l'objet du présent marché devront être terminés dans un délai de **quinze (15) mois**, ce délai court à compter de la date de notification de l'ordre de service de démarrer les travaux et comprend la période de mobilisation et les jours de pluies.

### Article 7 et DERNIER : Approbation et Notification

Le présent contrat relatif aux travaux de réaménagement de la route 2x2 voies Tombo – Gbssia (Lot 5) d'un montant hors taxes hors douanes de **16 822 442 035 GNF (Seize milliards huit cent vingt deux millions quatre cent quarante deux mille trente cinq Francs Guinéens)** ne deviendra définitif qu'après approbation par Monsieur le Ministre chargé de l'Economie et des Finances et notification par le Maître de L'Ouvrage.

« Lu et accepté », le 25/06/03
L'Entreprise Compagnie Sahélienne
d'Entreprises (C.S.E.)

Compagnie Sahélienne d'Entreprises
C.S.E
Rocade Fann Bel-Air — BP. 609 Dakar

Dressé, le 25 JUIN 2003
Le Ministre des Travaux Publics et
des Transports
(MAITRE D'OUVRAGE)

Visé et approuvé, le 25 JUIN 2003
Le Ministre de l'Economie et des Finances

ENREGISTRE sous les
références :
Folio N° ...
Montant ...
Cette ...
... Conakry, le ...

TOMBO-GBESSIA LOT4

# Annexe 1 à la pièce 1
## – P.V. de négociation du marché

# PROCES VERBAL DE NEGOCIATION

Les 4, 5 et 6 juin 2003, s'est tenue dans la salle de conférences de la Direction Nationale des Investissements Routiers, une réunion entre l'Administration et la COMPAGNIE SAHELIENNE D'ENTREPRISES (CSE).

Cette rencontre avait pour but, la négociation et la mise en forme du contrat relatif aux travaux de réaménagement du lot 4 de la route urbaine à 2x2 voies entre Tombo et Gbessia, sur financement du Gouvernement Guinéen, du Fonds Koweitien de Développement, du Fonds Saoudien de Développement, de la Banque Arabe pour le Développement Economique de l'Afrique et de l'Organisation des Pays Exportateurs de Pétrole.

Etaient présents à cette rencontre :

A-   Du côté de l'Administration

MM   Sékou Chérif FOFANA            DNMP/MEF
     Kalémodou YANSANE              DNIR/MTPT
     Demba KOUROUMA                 ACGP/PRG
     Thierno Boubacar BALDE         DNIR/MTPT
     Filiba TRAORE                  DNPIP/MP
     Taliby CAMARA                  DNIR/MTPT
     Boubacar BARRY                 DNIR/MTPT
     Facinet KEITA                  DNIR/MTPT
     Mamadou SYLLA                  DND/MEF
     Kassié Naplè GBOMMOU           DNI/MEF
     Abdoulaye Chérif DIAKITE       ACGP/PRG
     S. Kouchek ZADEH               A.T/PROJACS

B-   Du côté de l'Entreprise

MM   Birane WANE                    Secrétaire Général
     Mamadou Demba SOW              Directeur Technique Export
     Hamidou DIOP                   Directeur Régional

A l'ouverture des travaux, Monsieur Sékou chérif FOFANA, Président de séance, a souhaité la bienvenue aux participants avant de rappeler l'ordre du jour qui consiste à l'examen de la lettre de marché présentée par l'Entreprise, et à la prise en compte des remarques sur les autres pièces constitutives du marché, en vue de son amendement et de sa mise en forme.

Il a été ensuite procédé à la présentation des représentants des différents services aux mandataires de l'Entreprise.

A l'issue du débat qui a été engagé, il a été arrêté de commun accord ce qui suit :

1) <u>Lettre de marché ; article 2 Pièces constituant le marché</u> :

- le présent procès-verbal fait partie des pièces du marché;
- les annexes à la soumission comprennent : le sous-détail des prix, le planning des travaux, la méthodologie, la liste du matériel, des matériaux et celle du personnel.

2) <u>Lettre de marché ; article 4 Modalités de règlement</u> :

Le taux de change à prendre en compte est celui de l'offre à savoir :

1 Euro = 1.967,0991 GNF

3) <u>Procès Verbal de négociation</u> :

Ce procès verbal doit être placé juste après la page de signature.

4) <u>Montant de l'offre</u> :

L'Entreprise a proposé dans son offre, un rabais de 8% sur le lot 4 en cas d'adjudication des lots 2 et 4. Cependant, suite à la réunion de négociation avec les Bailleurs de fonds, les lots 4 et 5 lui ont été attribués. A la demande de l'Administration, l'Entreprise a accepté de maintenir ce rabais sur le lot 4, sous réserve que l'Administration :

- autorise une seule installation de chantier pour les deux lots (pour les travaux et la mission de contrôle);

- accepte une liste de matériel par lot avec flexibilité dans le mouvement du matériel entre les deux lots ;

- donne son accord pour l'installation d'un laboratoire unique de chantier pour les deux lots ;

- accepte la présentation d'un planning des travaux pour les deux lots, le lot 4 devant démarrer 6 mois après le démarrage du lot 5. Etant attendu que les travaux des déviations des deux lots démarreront en même temps.

Après correction et application du rabais le montant hors taxes du marché se chiffre à Seize milliards huit cent vingt deux millions quatre cent quarante deux mille trente cinq (16.822.442.035) francs guinéens.

5) <u>Détail estimatif</u> :

l'Entreprise doit procéder à la correction du détail estimatif conformément aux remarques ci-dessus.

### 6) Lettre de marché ; article 5 Fiscalité :

Les montants des Impôts, Droits et Taxes ci-dessous à la charge du titulaire et de l'Etat ont été recalculés conformément à la notice fiscale qui a été jointe au Dossier d'Appel d'Offres et à la réglementation en vigueur.

I- **Droits et Taxes à la charge de l'Adjudicataire :**

| | |
|---|---:|
| 1) Patente professionnelle : (0,2% du montant hors taxes du marché) | 33.644.884 GNF |
| 2) Impôt Minimum Forfaitaire : | 40.000.000 GNF |
| 3) Impôts sur les sociétés(35% des bénéfices) : (à rapprocher avec IMF) | 58.878.550 GNF |
| 4) Retenues sur les traitements et salaires du personnel local (RTS) | 118.538.582 GNF |
| 5) Timbres fiscaux : | 25.000 GNF |
| 6) Droit d'enregistrement sur 13,18 % du montant hors taxes du marché financé par l'Etat Guinéen : | 4.017.198 GNF |
| 7) Retenues à la source sur les loyers : | 5.280.000 GNF |
| 8) RTL : 2% valeur CAF des importations | 260.217.271 GNF |
| 9) Prélèvement communautaire et centime additionnel sur les importations : | 21.474.109 GNF |
| 10) Taxe unique sur les véhicules (TUV :175.000 GNF/véhicule) : | 10.675.000 GNF |
| 11) TVA sur les achats de gasoil et pétrole : | 189.418.271 GNF |
| 12) Redevance informatique(10.000 GNF/par déclaration) : | 890.000 GNF |
| **TOTAL**.................................. | **743.058.865 GNF** |

II- **Droits et Taxes à la charge de l'Etat :**

| | |
|---|---:|
| 2) TVA à 18 % sur les importations de matériaux rentrant dans l'ouvrage : | 249.853.558 GNF |
| 3) TVA à l'importation sur le bitume : | 147.252.017 GNF |
| 4) TVA à l'importation sur les pièces détachées et pneumatiques : | 42.854.610 GNF |
| 5) Droit de douane d'entrée : 7% valeur CAF des Importations : | 200.425.019 GNF |
| 6) Droit fiscal d'entrée : 8% valeur CAF des importations : | 229.057.165 GNF |
| 7) TVA sur les achats locaux rentrant dans l'ouvrage : | 152.725.229 GNF |
| 8) TVA sur les achats locaux restant propriété de l'Administration : | 32.400.000 GNF |
| 9) TVA sur le montant HT du marché (18%) par chèques CTSS : | 3.028.039.566 GNF |
| **TOTAL**.......................... | **4.082.607.164 GNF** |



La Commission de négociation, après avoir constaté que l'Entreprise a pris en compte toutes les remarques et observations ci-dessus, mandate l'ACGP aux fins de :
i) transmettre ledit contrat aux bailleurs de fonds (FKD/BADEA/FSD/OPEP) pour approbation,
ii) l'introduire, après approbation des Bailleurs de Fonds, dans le circuit de signature.

Conakry, le 06 juin 2003

## POUR L'ADMINISTRATION

Sékou Chérif FOFANA
DNMP/MEF

TH. Boubacar BALDE
DNIR/MTPT

Demba KOUROUMA
ACGP/PRG

Filiba TRAORE
DNPIP/MP

Mamadou SYLLA
DND/MEF

Kassié Naplè GBOMMOU
DNI/MEF

## POUR L'ENTREPRISE

Birane WANE
SG/ CSE

Mamadou Demba SOW
DTE/CSE

REPUBLIQUE DE GUINEE

Travail-Justice-Solidarité

---

# MINISTERE D'ETAT A LA PRESIDENCE CHARGE DE LA CONSTRUCTION, DE L'AMENAGEMENT DU TERRITOIRE ET DU PATRIMOINE BATI PUBLIC

---

### SECRETARIAT D'ETAT AUX TRAVAUX PUBLICS

---

### DIRECTION NATIONALE DES INFRASTRUCTURES

---

**AVENANT N° 1**

*AU CONTRAT N° 2003/0325/1/2/1/2/N*

*REAMENAGEMENT DE LA ROUTE A 2X2 VOIES TOMBO-GBESSIA*

*Lot 4 : KENIEN – T1*

---

2010/094/2/2/1/2/N

| | |
|---|---|
| Titulaire : | CSE |
| Montant HT du marché : | 16 822 442 035 GNF HORS TAXES |
| Montant de l'Avenant n°1 : | 3 656 923,71 € |
| Date d'approbation de l'Avenant : | |
| Date de notification de l'Avenant : | |

*[Stamp: M.E.F. - DIRECTION NATIONALE DES MARCHES PUBLICS - IMMATRICULE - 19 FEV. 2010]*

Financement :   Fonds Koweitien de Développement (FKD)

Fonds Saoudien de Développement (FSD)

Organisation des Pays Exportateurs de Pétrole (OPEP)

Budget National de Développement (BND

AVENANT N° 1 AU CONTRAT N°2003/0325/1/2/1/2/N

ENTRE :

LE GOUVERNEMENT DE LA REPUBLIQUE DE GUINEE représenté par Monsieur le SECRETAIRE D'ETAT AUX TRAVAUX PUBLICS CI-APRES désigné par le terme « MAITRE D'OUVRAGE» D'une part

ET

L'ENTREPRISE CSE, représenté par Monsieur Oumar SOW désigné ci-après par le terme « ENTREPRISE», D'autre part,



IL A ETE CONVENU ET ARRETE CE QUI SUIT :

ARTICLE 1 – Objet du présent avenant

Le Présent avenant a pour objet de prendre en charge les coûts liés aux facteurs qui ont généré le gap sur le lot 4 du projet Tombo-Gbessia (Révision des prix, dépassement des délais contractuels, dépréciation du dollar par rapport à l'Euro).

ARTICLE 2 : Conditions générales

Les Conditions générales du marché restent entièrement d'application sauf les modifications prévues dans les Conditions particulières du Contrat liées à cet avenant.

ARTICLE 3 : Documents contractuels

Les documents du marché de base sont considérés et interprétés comme faisant partie intégrante du présent avenant, dans l'ordre de priorité défini dans le même marché de base.

ARTICLE 4 : Montant de l'avenant

Le montant total de l'avenant n°1 résultant de l'analyse du gap est de : Trois Millions Six Cent Cinquante Six Mille Neuf Cent Vingt Trois et Soixante Onze Centimes d'Euros (3 656 923,71 €).

ARTICLE 5 : Modalités de règlement

Les règlements seront effectués ainsi qu'il suit :

- FKD :        206 356,09 €
- FSD :        194 356,04 €
- OPEP :       181 278,34 €

- BND :        3 074 933,24 € suivant l'échéancier ci-après :
  - Premier trimestre an 2010 :      768 733,31 €
  - Deuxième trimestre an 2010 :     768 733,31 €
  - Troisième trimestre an 2010 :    768 733,31 €
  - Quatrième trimestre an 2010 :    768 733,31 €

ARTICLE 6: Révision des prix

Les prix sont fermes et non révisables.

ARTICLE 7 : Impôts, droits taxes, redevances, cotisations

Le régime fiscal et douanier applicable au marché de base est sans changement.

ARTICLE 8 : Domiciliation de Compte

Les paiements du présent avenant seront effectués dans le compte bancaire ci-après :

CREDIT LYONNAIS PARIS

Cœur Défense tour B filière non résident 80,

Esplanade du Général DE GAULLE

92 934 Paris La Défense – France

Numéro de Compte : 000 000 4227/E

Code Banque :            30002

Indicatif :              00472

Code IBAN :              FR30 3000 2004 7200 0000 4227 E 90

Code SWIFT :             CRLYFRPP

ARTICLE 9 : Autres clauses du marché

Toutes clauses du marché initial non modifiées par le présent avenant N° 1 restent intégralement applicables.

ARTICLE 10: Entrée en vigueur de l'avenant n°1

Le présent avenant n'est valable et exécutoire qu'après sa signature par les parties concernées et son approbation par le Ministre de l'Economie et des Finances.

En foi de quoi, les parties contractantes ont apposé leurs signatures respectives sur le présent acte, les jour, mois et an ci-dessous mentionnés :

Lu et accepté                                      Conakry, le                    2010

L'Entreprise                                                        Vu

                                                           Le Maître d'ouvrage

le 19/1/2010
Compagnie Sahélienne d'Entreprises
C.S.E.
Rocade Fann-Bel-Air-B.P:609 Dakar

                        Approuvé
              Le Ministre de l'Economie et des Finances

MINISTERE DES FINANCES

DIRECTION NATIONALE DES IMPOTS

DIVISION IMPOTS D'ETAT, TUV, ENREGISTREMENT ET TIMBRES

# DROIT D'ENREGISTREMENT

Numéro : fol162010071
Reçu de L'ENTREPRISE BST / MR GUIRASSY/ ENTERPRISE/ACL
         MTP C/KALOUM CONAKRY REP DE GUINEE
Nature Recette : Droit d'Enregistrement
Commune : KALOUM                      Quartier : ALMAMYA

Référence titre de Recette : AVENANT N°1
Mode de Règlement :            CHEQUES
         N° Chèque : 26099198         Banque : UIBG

| NATURE IMPOT | Montant |
|---|---|
| AUTRES DROITS D'ENREGISTREMENT | 25 667 403 |

ARRETE LA PRESENTE QUITTANCE A LA SOMME DE :
VINGT CINQ MILLIONS SIX CENT SOIXANTE
SEPT MILLE QUATRE CENT TROIS FG

LE CHEF DE SECTION                              Conakry, le 16 Février 2010
                                                LE RECEVEUR

                        Y K

2010000536  12/01/2010  2010000536              2010000536  12/01/2010  2010000536

Lieu d'édition: Enregistrement Et Timbres       Page N° 2010000536T Du: 12/01/10
Tel: - Conakry - République de Guinée.



RÉPUBLIQUE DE GUINÉE
Travail – Justice – Solidarité

MINISTERE A LA PRESIDENCE CHARGE
DE L'ECONOMIE ET DES FINANCES

DIRECTION NATIONALE DES IMPÔTS

 

N°054/MPCEF/DNI/sd/2010

# ATTESTATION DE REGULARITE DES CONTRATS DE MARCHES

Le Directeur National des Impôts, atteste que L'ENTREPRISE CSE / MR OUMAR SOW / L'ENTREPRISE / £ LE MTP C / KALOUM, Immatriculée à la Direction Nationale des Impôts sous le NIF :Inconnu, a régulièrement soumis à la formalité de l'enregistrement sous le folio n°02 Bd 074 du 16 février 2010, Le Contrat de Marché CONTRAT AVENAN N°1 REAMENAGEMENT DE LA ROUTE A 2X2 VOIES TOMBO-GBESSIA LOT5 :T1-T2 , conformément aux dispositions des articles 519, 533 et suivants du Code Général des Impôts (CGI).

En foi de quoi, la présente attestation lui est délivrée pour servir et valoir ce que de droit.

Conakry, le 18 Février 2010

Le Directeur National

Ibrahima BALDE

MINISTERE DES FINANCES   Ministère de l'Economie et des Finances
DIRECTION NATIONALE DES IMPOTS
DIVISION IMPOTS D'ETAT, TUV, ENREGISTREMENT ET TIMBRE

# DROIT D'EN-
# REGISTREMENT





Numéro : Folio2010075
Reçu de L'ENTREPRISE ICC / MR. OUMAR SOW / ENTREPRISE /
        MDE C/KALOUM, CONAKRY REP. DE GUINEE
Nature Recette : Droit d'enregistrement
Commune : KALOUM                    Quartier : ALMAMYA

Référence titre de Recette : AVENANT LOT 4
Mode de Règlement :      CHEQUE
         N° Cheque : 0099199              Banque : UIBG

| NATURE IMPOT | Montant |
|---|---|
| AUTRES DROITS D'ENREGISTREMENT | 23 324 533 |

ARRETE LA PRESENTE QUITTANCE A LA SOMME DE :
VINGT TROIS MILLIONS TROIS CENT
VINGT QUATRE MILLE CINQ CENT TRENTE TROIS FG.



Conakry, le 16 Février 2010
LE RECEVEUR

LE CHEF DE SECTION



Z K



Lieu d'édition: Enregistrement Et Timbres
- - Tel: - Conakry - République de Guinée.

Page N° 2010000537Y Du 12/01/10