# LIONBRIDGE

STATE OF NEW YORK      )
                       )
                       )  ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached excerpt.

_Signature_

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me this **4th** day of **May**, 20**20**.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

[…]

**Article 2: Documents making up the Procurement Contract**

Listed below in priority order are the contract documents making up the Procurement Contract:

- Exhibit 1: Contract Agreement and Negotiation Protocol
- Exhibit 2: Tender with appendices (see NB at the end of the page)
- Exhibit 3: General Administrative Terms and Conditions
- Exhibit 4: Special Administrative Terms and Conditions
- Exhibit 5: List of unit prices and Bill of quantities
- Exhibit 6: Technical specifications
- Exhibit 7: Plans

NB: The appendices to the Tender are: sub-detail of the prices, work plan, methodology, list of equipment, list of materials and list of staff, reference rate or fixing contained in the Tender.

[…]

REPUBLIQUE DE GUINEE
Travail – Justice – Solidarité

---

MINISTERE DES TRAVAUX PUBLIQUE ET DES TRANSPORTS

---

Direction Nationale des Investissements Routiers

---

# REAMENAGEMENT DE LA 2X2 VOIES
# ENTRE TOMBO ET L'AEROPORT DE GBESSIA (CONAKRY)

## LOT 5 : TRONÇON T1-T2 Y COMPRIS LES DEUX ÉCHANGEURS AUX CARREFOURS DE LA T1 ET LA T2

# MARCHE DE TRAVAUX

N° 2003/0324/1/2/1/2/N

| | |
|---|---|
| **ENTREPRISE :** | Compagnie Sahélienne d'Entreprises (C.S.E.) |
| **ADRESSE :** | Rocade Fann Bel Air - BP 609 Dakar-Sénégal (Siège) |
| | B.P.2241 Conakry, Guinée (Agence en Guinée) |
| **MONTANT DU CONTRAT HORS TAXE :** | 31 396 026 926 GNF |
| **MONTANT DU CONTRAT TOUTES TAXES :** | 38 746 490 530 GNF |
| **DELAI D'EXECUTION :** | 30 mois |
| **DATE DE NOTIFICATION :** | ……………………………………… |
| **FINANCEMENT :** | Fonds Arabe(FKD, FSD, BADEA), l'OPEP et Gouvernement Guinéen |

Juin 2003

# Lettre de Marché

**ENTRE**

Le Gouvernement de la République de Guinée, représenté par **le Ministre des Travaux Publics et des Transports** (ci-après appelé « **Maître de l'Ouvrage** »)

d'une part

**ET**

L'Entreprise Compagnie Sahélienne d'Entreprises (C.S.E.), de Nationalité Sénégalaise, Siège sociale : Rocade Fann Bel Air - BP 609 Dakar, (Sénégal)
Tél : 00221 8590300 ; Fax : 00221 8320395
Agence en Guinée : B.P. 2241 Conakry, Guinée
Tél/Fax : (224) (11) 21 40 06
Représenté par **Monsieur Aliou SOW**, agissant pour le compte et en qualité de **Directeur Général de l'Entreprise Compagnie Sahélienne d'Entreprises en Guinée**. (Ci-après appelé le « **Titulaire** »).

d'autre part

Il a été convenu et arrêté ce qui suit :

### Article 1 : Objet du marché

Le présent marché a pour objet l'exécution du projet de Réaménagement de la 2X2 voies entre Tombo et l'Aéroport de Gbessia (Conakry), LOT 5 : Tronçon T1-T2 y compris les deux échangeurs aux carrefours de la T1 et la T2.

### Article 3 : Montant du marché

1)- Le montant global du marché Hors Taxes, hors douanes s'élève à la somme de :
**31 396 026 926 GNF (Trente un milliards trois cent quatre vingt seize millions vingt six mille neuf cent vingt six Francs Guinéens)** y compris les déplacements de réseaux pour un montant provisoire de **3 762 005 314 GNF ( Trois milliards sept cent soixante deux millions cinq mille trois cent quatorze Francs Guinéens).**

2)- Montant des taxes: **7 350 463 604 GNF (Sept milliards trois cent cinquante millions quatre cent soixante trois mille six cent quatre GNF)**

3)- Montant toutes taxes comprises : **38 746 490 530 GNF (Trente huit milliards sept cent quarante six millions quatre cent quatre vingt dix mille cinq cent trente Francs Guinéens).**

### Article 4 : Modalités de règlement

Le maître de l'Ouvrage se libérera des sommes dues à l'Entreprise pour ce qui concerne la part en devise soit 86.82 % du montant hors taxes du marché par virement bancaire en EURO (EUR) au compte **N° 17722-00001** ouvert à la banque **Crédit Commercial de France** (CCF) Paris, 115-117 Avenue des Champs-Elysées, 75419 Paris Cedex 08.
Et pour ce qui concerne la part en Francs Guinéens soit 13.18 % du montant du marché par virement au compte no. **05000560170/11** ouvert à la banque **Union Internationale de Banques en Guinée** (UIBG) Conakry.
Le taux de change applicable à ce marché est de 1 Euro = 1965,5267 GNF (fixing Banque Centrale de la République de Guinée).

### Article 5 : Fiscalité

Les droits et taxes applicables à ce marché seront pris en charge par l'Etat et l'Entreprise de la manière suivante :

**a- Droits et taxes à la charge de l'Adjudicataire**

| | |
|---|---:|
| 1) Patente proportionnelle (0,2%) | 62,792,054 GNF |
| 2) Impôt minimum forfaitaire | 40,000,000 GNF |
| 3) Impôt sur les sociétés (35% des bénéfices) | 96,719,074 GNF |
| 4) Retenues sur les traitements et salaires du personnel local | 215,366,261 GNF |
| 5) Timbres fiscaux | 25,000 GNF |
| 6) Droit d'enregistrement sur 13.18 % du montant HT financé par l'Etat guinéen | 5,937,996 GNF |
| 7) Retenues à la source sur le loyer | inclus dans le Lot 4 |
| 8) RTL : 2% de la valeur CAF des importations | 308,850,087 GNF |
| 9) Prélèvement communautaire et centime additionnel sur les importations | 35,697,033 GNF |
| 10) Taxe Unique sur les véhicules (TUV) (TUV : 175.000 GNF/Véhicule) | 266,970,011 GNF |
| 11) TVA sur les achats de gasoil et de pétrole | 189,418,271 GNF |
| 12) Redevance informatique (10.000 GNF/Déclaration) | 890,000 GNF |
| **Total** | **1 222,665,789 GNF** |

**b- Droits et taxes à la charge de l'Etat**

| | |
|---|---:|
| 1) TVA à 18% sur les importations des matériaux rentrant dans l'ouvrage | 337,036,070 GNF |
| 2) TVA à l'importation sur le bitume | 368,130,042 GNF |
| 3) TVA à l'importation sur les pièces détachées et les pneumatiques | 51,750,000 GNF |
| 4) Droit de douane d'entrée 7% de la valeur CAF des importations | 333,172,306 GNF |
| 5) Droit fiscal d'entrée 8% de la valeur CAF des importations | 380,768,349 GNF |
| 6) TVA sur les achats locaux restants dans l'ouvrage | 228,321,792 GNF |
| 7) TVA sur le montant du marché HT | 5,651,284,847 GNF |

TOMBO-GBESSIA LOT5        2/3





| Total | 7,350,463,604 GNF |
|---|---|

### Article 6 : Délai d'exécution

Les travaux faisant l'objet du présent marché devront être terminés dans un délai de **trente (30) mois**, ce délai court à compter de la date de notification de l'ordre de service de démarrer les travaux et comprend la période de mobilisation et les jours de pluies.

### Article 7 et DERNIER : Approbation et Notification

Le présent contrat relatif aux travaux de réaménagement de la route 2x2 voies Tombo – Gbssia (Lot 5) d'un montant hors taxes hors douanes de **31 396 026 926 GNF (Trente un milliards trois cent quatre vingt six millions vingt six mille neuf cent vingt six Francs Guinéens)** ne deviendra définitif qu'après approbation par Monsieur le Ministre chargé de l'Economie et des Finances et notification par le Maître de l'Ouvrage.

« Lu et accepté », le 25/06/03
L'Entreprise Compagnie Sahélienne
d'Entreprises (C.S.E.)

Compagnie Sahélienne d'Entreprises
**C.S.E**
Rocade Fann Bel-Air — BP. 609 Dakar

Dressé, le 25 JUIN 2003
Le Ministre des Travaux Publics et des Transports
(MAITRE D'OUVRAGE)

Visé et approuvé, le 25 JUIN 2003
Le Ministre de l'Economie et des Finances

TOMBO-GBESSIA LOT5                                3/3

# Annexe 1 à la pièce 1
## – P.V. de négociation du marché

# PROCES VERBAL DE NEGOCIATION

Les 4, 5 et 6 juin 2003, s'est tenue dans la salle de conférences de la Direction Nationale des Investissements Routiers, une réunion entre l'Administration et la COMPAGNIE SAHELIENNE D'ENTREPRISES (CSE).

Cette rencontre avait pour but, la négociation et la mise en forme du contrat relatif aux travaux de réaménagement du lot 5 de la route urbaine à 2x2 voies entre Tombo et Gbessia, sur financement du Gouvernement Guinéen, du Fonds Koweitien de Développement, du Fonds Saoudien de Développement, de la Banque Arabe pour le Développement Economique de l'Afrique et de l'Organisation des Pays Exportateurs de Pétrole.

Etaient présents à cette rencontre :

A-   Du côté de l'Administration

| MM | Sékou Chérif FOFANA | DNMP/MEF |
|----|---------------------|----------|
|    | Kalémodou YANSANE | DNIR/MTPT |
|    | Demba KOUROUMA | ACGP/PRG |
|    | Thierno Boubacar BALDE | DNIR/MTPT |
|    | Filiba TRAORE | DNPIP/MP |
|    | Taliby CAMARA | DNIR/MTPT |
|    | Boubacar BARRY | DNIR/MTPT |
|    | Facinet KEITA | DNIR/MTPT |
|    | Mamadou SYLLA | DND/MEF |
|    | Kassié Naplè GBOMMOU | DNI/MEF |
|    | Abdoulaye Chérif DIAKITE | ACGP/PRG |
|    | S. Kouchek ZADEH | A.T/PROJACS |

B-   Du côté de l'Entreprise

| MM | Birane WANE | Secrétaire Général |
|----|-------------|--------------------|
|    | Mamadou Demba SOW | Directeur Technique Export |
|    | Hamidou DIOP | Directeur Régional |

A l'ouverture des travaux, Monsieur Sékou chérif FOFANA, Président de séance, a souhaité la bienvenue aux participants avant de rappeler l'ordre du jour qui consiste à l'examen de la lettre de marché présentée par l'Entreprise, et à la prise en compte des remarques sur les autres pièces constitutives du marché, en vue de son amendement et de sa mise en forme.

Il a été ensuite procédé à la présentation des représentants des différents services aux mandataires de l'Entreprise.



A l'issue du débat qui a été engagé, il a été arrêté de commun accord ce qui suit :

1) <u>Lettre de marché ; article 2 Pièces constituant le marché</u> :

- le présent procès-verbal fait partie des pièces du marché;
- les annexes à la soumission comprennent : le sous-détail des prix, le planning des travaux, la méthodologie, la liste du matériel, des matériaux et celle du personnel.

2) <u>Lettre de marché ; article 4 Modalités de règlement</u> :

Le taux de change à prendre en compte est celui de l'offre à savoir :

1 Euro = 1.967,0991 GNF

3) <u>Procès Verbal de négociation</u> :

Ce procès verbal doit être placé juste après la page de signature.

4) <u>Montant de l'offre</u> :

L'Entreprise a proposé dans son offre, un rabais de 8% sur le lot 4 en cas d'adjudication des lots 2 et 4. Cependant, suite à la réunion de négociation avec les Bailleurs de fonds, les lots 4 et 5 lui ont été attribués. A la demande de l'Administration, l'Entreprise a accepté de maintenir ce rabais sur le lot 4, sous réserve que l'Administration :

- autorise une seule installation de chantier pour les deux lots (pour les travaux et la mission de contrôle);

- accepte une liste de matériel par lot avec flexibilité dans le mouvement du matériel entre les deux lots ;

- donne son accord pour l'installation d'un laboratoire unique de chantier pour les deux lots ;

- accepte la présentation d'un planning des travaux pour les deux lots, le lot 4 devant démarrer 6 mois après le démarrage du lot 5. Etant attendu que les travaux des déviations des deux lots démarreront en même temps.

Après correction et application du rabais le montant hors taxes du marché se chiffre à Seize milliards huit cent vingt deux millions quatre cent quarante deux mille trente cinq (16.822.442.035) francs guinéens.

5) <u>Détail estimatif</u> :

l'Entreprise doit procéder à la correction du détail estimatif conformément aux remarques ci-dessus.



- accepte la présentation d'un planning des travaux pour les deux lots, le lot 4 devant démarrer 6 mois après le démarrage du lot 5. Etant attendu que les travaux des déviations des deux lots démarreront en même temps.

Après correction le montant hors taxes ( y compris 3.762.005.314 GNF réservé au déplacement des réseaux) du marché ce chiffre à trente et un milliards trois cent quatre vingt seize millions vingt six mille neuf cent vingt six (31.396.026.926) francs guinéens.

5) L'Entreprise doit procéder à la correction du bordereau des prix et du détail estimatif conformément aux remarques ci-dessus.

6) <u>Lettre de marché ; article 5 Fiscalité :</u>

Les montants des Impôts, Droits et Taxes ci-dessous à la charge du titulaire et de l'Etat ont été recalculés conformément à la notice fiscale qui a été jointe au Dossier d'Appel d'Offres, et à la réglementation en vigueur.

I-   <u>Droits et Taxes à la charge de l'Adjudicataire</u> :

1) Patente professionnelle  (0,2% du montant hors taxes du marché)                                                62.792.054 GNF
2) Impôt minimum forfaitaire : minimum 3.000.000, maxi. 40.000.000 GNF
3) Impôt sur les sociétés(35% des bénéfices) :           96.719.074 GNF
   ( à rapprocher avec IMF)
4) Retenues sur les traitements et salaires du personnel local (RTS) :                              215.366.261 GNF
5) Timbres fiscaux :                                                          25.000 GNF
6) Droit d'enregistrement sur 13,18 % du montant Hors taxes du marché financé par l'Etat Guinéen :      5.937.996 GNF
7) Retenues à la source sur les loyers : inclus dans le lot 4
8) RTL : 2% valeur CAF des importations :              308.850.087 GNF
9) Prélèvement communautaire et centime additionnel sur les importations :                                35.697.033 GNF
10) Taxe unique sur les véhicules (TUV :175.000 GNF/véhicule) :                       266.970.011 GNF
11) TVA sur les achats de gasoil et pétrole :             189.418.271 GNF
12) Redevance informatique(10.000 GNF/par déclaration) :   890.000 GNF

   TOTAL……………………………………..   1.222.665.789 *GNF*

II-   <u>Droits et Taxes à la charge de l'Etat</u> :

1) TVA à 18 % sur les importations de matériaux rentrant dans l'ouvrage :                                337.036.070 GNF
2) TVA à l'importation sur le bitume :                   368.130.042 GNF
3) TVA à l'importation sur les pièces détachées et pneumatiques :                                           51.750.000 GNF
4) Droit de douane d'entrée : 7% valeur CAF des Importations :                                              333.172.306 GNF

5) Droit fiscal d'entrée : 8% valeur CAF des importations 380.768.349 GNF
6) TVA sur les achats locaux entrant dans l'ouvrage          228.321.792 GNF
7) TVA sur le montant hors taxes du marché(18%)
   par chèques CTSS :                                      5.651.284.847 GNF
   TOTAL...........................................        7.350.463.604 GNF

La Commission de négociation, après avoir constaté que l'Entreprise a pris en compte toutes les remarques et observations ci-dessus, mandate l'ACGP aux fins de :

i) transmettre ledit contrat aux bailleurs de fonds (FKD/BADEA/FSD/OPEP) pour approbation ;

ii) l'introduire, après approbation des Bailleurs de Fonds, dans le circuit de signature.

Conakry, le 06 juin 2003

POUR L'ADMINISTRATION

**Sékou Chérif FOFANA**
DNMP/MEF

**Th. Boubacar BALDE**
DNIR/MTPT

**Demba KOUROUMA**
ACGP/PRG

**Filiba TRAORE**
DNPIP/MP

**Mamadou SYLLA**
DND/MEF

**Kassié Naplè GBOMMOU**
DNI/MEF

POUR L'ENTREPRISE

**Birane WANE**
SG/CSE

**Mamadou Demba SOW**
DTE/CSE

REPUBLIQUE DE GUINEE

Travail-Justice-Solidarité

---

**MINISTERE D'ETAT A LA PRESIDENCE CHARGE DE LA CONSTRUCTION, DE L'AMENAGEMENT DU TERRITOIRE ET DU PATRIMOINE BATI PUBLIC**

---

SECRETARIAT D'ETAT AUX TRAVAUX PUBLICS

---

DIRECTION NATIONALE DES INFRASTRUCTURES

---

**AVENANT N° 1**

*AU CONTRAT N°2003/0324/1/2/1/2/N.*

*REAMENAGEMENT DE LA ROUTE A 2X2 VOIES TOMBO-GBESSIA*

*Lot 5 : T1 – T2*

---

2010/093/2/2/1/2/N

| | |
|---|---|
| Titulaire : | CSE |
| Montant HT du marché : | 31 396 026 926 GNF HORS TAXES |
| Montant de l'Avenant n°1 : | 3 897 891,11 € |
| Date d'approbation de l'Avenant : | |
| Date de notification de l'Avenant : | |

*[Stamp: MARCHES PUBLICS - M.E.F - DIRECTION NATIONALE DES... IMMATRICULE 19 FEV. 2010]*

Financement :    Fonds Koweitien de Développement (FKD)

Fonds Saoudien de Développement (FSD)

Organisation des Pays Exportateurs de Pétrole (OPEP)

Budget National de Développement (BND

RÉPUBLIQUE DE GUINÉE

Travail – Justice – Solidarité

---

**MINISTERE A LA PRESIDENCE CHARAGE DE L'ECONOMIE ET DES FINANCES**

---

**DIRECTION NATIONALE DES IMPÔTS**

---

N°053/MPCEF/DNI/sd/2010



## ATTESTATION DE REGULARITE DES CONTRATS DE MARCHES

Le Directeur National des Impôts, atteste que L'ENTREPRISE CSE / MR OUMAR SOW / L'ENTREPRISE / £ LE MTP C / KALOUM, Immatriculée à la Direction Nationale des Impôts sous le NIF :Inconnu, a régulièrement soumis à la formalité de l'enregistrement sous le folio n°02 Bd 075 du 16 février 2010, Le Contrat de Marché CONTRAT AVENAN N°1 REAMENAGEMENT DE LA ROUTE A 2X2 VOIES TOMBO-GBESSIA, conformément aux dispositions des articles 519, 533 et suivants du Code Général des Impôts (CGI).

En foi de quoi, la présente attestation lui est délivrée pour servir et valoir ce que de droit.

Conakry, le 18 Février 2010

Le Directeur National

Ibrahima BALDE



# AVENANT N° 1 AU CONTRAT N° 2003/0324/1/2/1/2/N

ENTRE :

LE GOUVERNEMENT DE LA REPUBLIQUE DE GUINEE représenté par Monsieur le SECRETAIRE D'ETAT AUX TRAVAUX PUBLICS CI-APRES désigné par le terme « MAITRE D'OUVRAGE »
D'une part

ET

L'ENTREPRISE CSE, représenté par Monsieur Oumar SOW désigné ci-après par le terme « ENTREPRISE », D'autre part,

IL A ETE CONVENU ET ARRETE CE QUI SUIT :



## ARTICLE 1 – Objet du présent avenant

Le Présent avenant a pour objet de prendre en charge les coûts liés aux facteurs qui ont généré le gap sur le lot 5 du projet Tombo-Gbessia ( Révision des prix, dépassement des délais contractuels, dépréciation du dollar par rapport à l'Euro).

## ARTICLE 2 : Conditions générales

Les Conditions générales du marché restent entièrement d'application sauf les modifications prévues dans les Conditions particulières du Contrat.

## ARTICLE 3 : Documents contractuels

Les documents du marché de base sont considérés et interprétés comme faisant partie intégrante du présent avenant, dans l'ordre de priorité défini dans le même marché de base.

## ARTICLE 4 : Montant de l'avenant

Le montant de l'avenant n°1 résultant de l'analyse du gap est de Trois Millions Huit Cent Quatre Vingt Dix Sept Mille Huit Cent Quatre Vingt Onze et Onze centimes d'Euros (3 897 891,11 €).

## ARTICLE 5 : Modalités de règlement

Les règlements seront effectués ainsi qu'il suit :

- FSD :        383 854,57 €
- OPEP :       104 407,49 €

- BND :        3 409 629,06 € suivant l'échéancier ci-après :
  - Premier trimestre an 2010 :        852 407,26 €
  - Deuxième trimestre an 2010 :       852 407,26 €
  - Troisième trimestre an 2010 :      852 407,26 €
  - Quatrième trimestre an 2010 :      852 407,26 €

## ARTICLE 6: Révision des prix

Les prix sont fermes et non révisables.

## ARTICLE 7 : Impôts, droits taxes, redevances, cotisations

Le régime fiscal et douanier applicable au marché de base est sans changement.



ARTICLE 8 : Domiciliation de Compte

Les paiements du présent avenant seront effectués dans le compte bancaire ci-après :

CREDIT LYONNAIS PARIS

Cœur Défense tour B filière non résident 80,

Esplanade du Général DE GAULLE

92 934 Paris La Défense – France

| | |
|---|---|
| Numéro de Compte : | 000 000 4227/E |
| Code Banque : | 30002 |
| Indicatif : | 00472 |
| Code IBAN : | FR30 3000 2004 7200 0000 4227 E 90 |
| Code SWIFT : | CRLYFRPP |

ARTICLE 9 : Autres clauses du marché

Toutes clauses du marché initial non modifiées par le présent avenant N° 1 restent intégralement applicables.

ARTICLE 10: Entrée en vigueur de l'avenant n°1

Le présent avenant n'est valable et exécutoire qu'après sa signature par les parties concernées et son approbation par le Ministre de l'Economie et des Finances.

En foi de quoi, les parties contractantes ont apposé leurs signatures respectives sur le présent acte, les jour, mois et an ci-dessous mentionnés :

Lu et accepté                                                Conakry, le            2010

L'Entreprise                                                  Vu

                                                              Le Maître d'ouvrage

Approuvé

Ministre de l'Economie et des Finances

