UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPAGNIE SAHÉLIENNE D'ENTREPRISE,<br><br>*Petitioner*,<br><br>v.<br><br>REPUBLIC OF GUINEA,<br><br>*Respondent*. | Civil Action No. 20-1536 |

NOTICE OF FILING OF PETITION TO RECOGNIZE
AND ENFORCE FOREIGN ARBITRAL AWARD

TO:  Republic of Guinea
     His Excellency Mamadi Touré
     Ministry of Foreign Affairs and of Guineans Abroad
     Kaloum
     Port autonome de Conakry
     Rue KA 005
     Conakry
     Republic of Guinea

     Republic of Guinea
     His Excellency Mamadi Touré
     Ministry of Foreign Affairs and of Guineans Abroad
     Port Autonome de Conakry
     P.O. Box 2519
     Conakry
     Republic of Guinea

     Republic of Guinea
     His Excellency Mamadi Touré
     Ministry of Foreign Affairs and of Guineans Abroad
     Boulevard Maritime
     Kaloum
     Conakry
     Republic of Guinea

     Republic of Guinea
     His Excellency Mamadi Touré
     Ministry of Foreign Affairs and of Guineans Abroad

    Almaya
    Kaloum
    Republic of Guinea

    Republic of Guinea
    His Excellency Mamadi Touré
    Ministry of Foreign Affairs and of Guineans Abroad
    Derrière le Ministère des Mines
    Almamya
    Kaloum
    Conakry
    Republic of Guinea

    PLEASE TAKE NOTICE that a Petition to Recognize and Enforce a Foreign Arbitral Award and supporting documents were filed in the United States District Court for the District of Columbia seeking an order and judgment recognizing and enforcing the final, binding arbitration award issued on August 7, 2018 in ICC Case No. 22056/DDA, captioned *The Company: Compagnie Sahelienne d'Entreprise (Senegal) v. The Republic of Guinea*. Any further filings shall be made in this Court and shall include the case number that appears above.

    A response to the Petition is required to be submitted to the Court not later than 60 days after these documents are received.

|  |  |
|---|---|
| Dated: June 11, 2020 | Respectfully Submitted, |

By: /s/ Reginald R. Goeke

Reginald R. Goeke (DC Bar No. 435613)
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300
rgoeke@mayerbrown.com

B. Ted Howes (pro hac vice pending)
Hannah C. Banks (pro hac vice pending)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2500
bhowes@mayerbrown.com
hbanks@mayerbrown.com

*Attorneys for Compagnie Sahélienne d'Entreprise*