UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPAGNIE SAHÉLIENNE D'ENTREPRISE,<br><br>*Petitioner*,<br><br>v.<br><br>REPUBLIC OF GUINEA,<br><br>*Respondent*. | Civil Action No. 20-1536 |

**[Proposed] Order**

Upon consideration of the Petition to Recognize and Enforce Foreign Arbitral Award submitted by Petitioner Compagnie Sahélienne d'Entreprise ("CSE") to enforce the arbitral award issued on August 7, 2018 (the "Final Award") in ICC Case No. 22056/DDA, captioned *The Company: Compagnie Sahelienne d'Entreprise (Senegal) v. The Republic of Guinea* (the "Arbitration") against Respondent Republic of Guinea ("Guinea"), it is hereby

**ORDERED** that the Final Award is enforced in the same manner as if it were a final judgment from this Court; and it is further

**ORDERED** that judgment is entered in favor of CSE in the amount of:

(a) EUR 7,368,366.85 in damages, as awarded in the Final Award;

(b) USD 541,450 as expenses for the Arbitration, as awarded in the Final Award;

(c) Interest on the sum awarded in (a) at a rate of 2.75% per year accruing on December 10, 2012 until the date of final payment, as awarded in the Final Award; and

(d) Reasonable costs and expenses incurred in enforcing payment of the Final Award in the amount of _____.

Dated: _____, 2020

_____
United States District Judge