UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPAGNIE SAHÉLIENNE D'ENTREPRISE,<br><br>    *Petitioner*,<br><br> v.<br><br>REPUBLIC OF GUINEA,<br><br>    *Respondent*. | Civil Action No. 20-cv-1536 (TJK) |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned counsel of record for Petitioner in this matter, respectfully request that the Clerk mail the following to be delivered to the Court in hard copy:

1. One set of the following documents in English, and one set in French, to be served on Respondent:

 (a) Petition to Recognize and Enforce Foreign Arbitral Award (Dkt. 1);

 (b) Civil Cover Sheet (Dkt. 1-1);

 (c) Declaration of B. Ted Howes, with exhibits (Dkt. 1-2-1-7);

 (d) Petitioner's Memorandum of Law in Support of Petition to Recognize and Enforce Foreign Arbitral Award (Dkt. 1-8);

 (e) Notice of Petition (Dkt. 1-9);

 (f) Proposed Order (Dkt. 1-11);

 (g) Corporate Disclosure Statement (Dkt. 2);

 (h) Notice of Suit, with a copy of the Foreign State Immunities Act of 1976 (Dkt. 3); and

 (i) Summons with accompanying Notice of Right to Consent to Trial Before a United States Magistrate Judge (Dkt. 6).

by DHL pursuant to 28 U.S.C. § 1608(a)(3) to:

Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Kaloum
Port autonome de Conakry
Rue KA 005
Conakry
Republic of Guinea

Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Port Autonome de Conakry
P.O. Box 2519
Conakry
Republic of Guinea

Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Boulevard Maritime
Kaloum
Conakry
Republic of Guinea

Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Almaya
Kaloum
Republic of Guinea

Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Derrière le Ministère des Mines
Almamya
Kaloum
Conakry
Republic of Guinea

Dated:  June 30, 2020

<u>/s/ Reginald R. Goeke</u>
Reginald R. Goeke (DC Bar No. 435613)
