# DHL Express Shipment Waybill

**Waybill No.:** 991 2747 983

**Date:** 12 2018

## 1 Payer account number and Shipment Value Protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party
- Payer Account No.: 847452299
- Payment: ☐ Cash ☐ Cheque ☐ Credit Card

## 2 From (Shipper)
United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue NW
Washington, DC 20001
RE: 20-cv-1536 TJK

## 3 To (Receiver)
Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Derrière le Ministère des Mines
Almamya
Kaloum
Conakry
Republic of Guinea

## 8 Products & Services
EXPRESS 9:00 / EXPRESS 10:30 / EXPRESS 12:00 / EXPRESS WORLDWIDE / EXPRESS ENVELOPE / ECONOMY SELECT / OTHER

Form: AP 11/17

# DHL Shipment Waybill

**Waybill No.:** 991 2748 005

**Date:** 12 2018

## 1. Payer account number and Shipment Value Protection details
- Charge to: ☒ Shipper
- Payer Account No.: 847452299

## 2. From (Shipper)
United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue NW
Washington, DC 20001
RE: 20-cv-1536 TJK

## 3. To (Receiver)
Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Almaya
Kaloum
Republic of Guinea

Go Green-Go E-Commerce. Visit mydhl.com to Register

Origin copy

# DHL Express Waybill

**Waybill No:** 991 2747 994

## 1. Payer account number and Shipment Value Protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party
- Payer Account No.: 847452799
- Payment options: ☐ Cash ☐ Cheque ☐ Credit Card

## 2. From (Shipper)
- Shipper: United States District Court for the District of Columbia
- Company: Clerk's Office
- Address: 333 Constitution Avenue NW, Washington, DC 20001
- RE: 20-cv-1536 TJK

## 3. To (Receiver)
- Company name: Republic of Guinea
- Contact: His Excellency Mamadi Touré
- Ministry of Foreign Affairs and of Guineans Abroad
- Boulevard Maritime
- Kaloum
- Conakry
- Republic of Guinea

## 8. Products & Services
Go Green-Go E-Commerce. Visit mydhl.com to Register

Origin copy

Date: 12/2018

# DHL Express Shipment Waybill

**Payer Account No.:** 840452299

**From (Shipper):**
United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue NW
Washington, DC 20001
RE: 20-cv-1536 TJK

**To (Receiver):**
Republic of Guinea
His Excellency Mamadi Touré
Ministry of Foreign Affairs and of Guineans Abroad
Port Autonome de Conakry
P.O. Box 2519
Conakry
Republic of Guinea

**Waybill Number:** 991 2747 961

**Date:** 12 2018

