AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| COMPAGNIE SAHELIENNE D'ENTREPRISE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01536-TJK |
| REPUBLIC OF GUINEA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Compagnie Sahélienne d'Entreprise.

Date: 07/07/2020

/s/ B. Ted Howes
*Attorney's signature*

B. Ted Howes (NY #2488997)
*Printed name and bar number*

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

*Address*

bhowes@mayerbrown.com
*E-mail address*

(212) 506-2279
*Telephone number*

(212) 849-5626
*FAX number*