UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPAGNIE SAHÉLIENNE D'ENTREPRISE,<br><br>    *Petitioner*,<br><br> v.<br><br>REPUBLIC OF GUINEA,<br><br>    *Respondent*. | Civil Action No. 20-cv-1536 (TJK) |

**Return of Service**

  I hereby certify that on July 13, 2020, service of the Petition to Recognize and Enforce Foreign Arbitral Award (Dkt. 1), Civil Cover Sheet (Dkt. 1-1), Declaration of B. Ted Howes, with exhibits (Dkt. 1-2-1-7), Petitioner's Memorandum of Law in Support of Petition to Recognize and Enforce Foreign Arbitral Award (Dkt. 1-8), Notice of Petition (Dkt. 1-9), Proposed Order (Dkt. 1-11), Corporate Disclosure Statement (Dkt. 2), Notice of Suit with a copy of the Foreign State Immunities Act of 1976 (Dkt. 3), and Summons with accompanying Notice of Right to Consent to Trial Before a United States Magistrate Judge (Dkt. 6), along with French translations of each, to the head of the Ministry of Foreign Affairs and of Guineans Abroad for the Republic of Guinea was effected by DHL pursuant to 28 U.S.C. § 1608(a)(3). An additional set of these papers was served on Respondent on July 16, 2020.

  The Clerk of the Court previously certified that these documents were transmitted by DHL Waybill Nos. 9912748005, 9912747994, 9912747961, 9912747972, 9912747983. ECF Nos. 9, 9-1. Copies of the tracking reports for the DHL Waybills are attached hereto as Exhibit A. Copies of the signed receipts showing delivery of the documents are attached hereto as Exhibit B.

Dated:  July 16, 2020

By: /s/ Reginald R. Goeke

Reginald R. Goeke (DC Bar No. 435613)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300
rgoeke@mayerbrown.com

B. Ted Howes (*pro hac vice*)
Hannah C. Banks (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2500
bhowes@mayerbrown.com
hbanks@mayerbrown.com

*Attorneys for Petitioner*
*Compagnie Sahélienne d'Entreprise*