

English   Contact Center.   DHL Worldwide.

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 9912748005**

**Signed for by: JAMIL**

Get Signature Proof of Delivery

**Monday, July 13, 2020 at 13:12**
**Origin Service Area:**
 WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
 CONAKRY - CONAKRY - GUINEA REPUBLIC

1 Piece

| Monday, July 13, 2020 | | Location | Time | Piece |
|---|---|---|---|---|
| 22 | Delivered - Signed for by: JAMIL | CONAKRY | 13:12 | 1 Piece |
| 21 | With delivery courier | CONAKRY - GUINEA REPUBLIC | 08:27 | 1 Piece |
| **Friday, July 10, 2020** | | **Location** | **Time** | **Piece** |
| 20 | Arrived at Sort Facility CONAKRY - GUINEA REPUBLIC | CONAKRY - GUINEA REPUBLIC | 16:34 | 1 Piece |
| 19 | Scheduled for delivery as agreed | CONAKRY - GUINEA REPUBLIC | 16:32 | 1 Piece |
| 18 | Departed Facility in ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 00:00 | 1 Piece |
| **Thursday, July 09, 2020** | | **Location** | **Time** | **Piece** |
| 17 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 23:59 | 1 Piece |
| 16 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 11:58 | 1 Piece |
| **Wednesday, July 08, 2020** | | **Location** | **Time** | **Piece** |
| 15 | Departed Facility in LAGOS - NIGERIA | LAGOS - NIGERIA | 16:42 | 1 Piece |
| 14 | Processed at LAGOS - NIGERIA | LAGOS - NIGERIA | 13:20 | 1 Piece |
| 13 | Arrived at Sort Facility LAGOS - NIGERIA | LAGOS - NIGERIA | 12:50 | 1 Piece |
| 12 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:57 | 1 Piece |
| 11 | Transferred through BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:56 | 1 Piece |
| 10 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:59 | 1 Piece |
| 9 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 00:53 | 1 Piece |
| **Tuesday, July 07, 2020** | | **Location** | **Time** | **Piece** |
| 8 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:43 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 07:13 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:51 | 1 Piece |
| **Monday, July 06, 2020** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 22:39 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:23 | 1 Piece |

| Monday, July 13, 2020 | | Location | Time | Piece |
|---|---|---|---|---|
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 18:51 | |

| | | | |
|---|---|---|---|
| **Waybill: 9912747994** <br> **Signed for by: JAMIL** <br> **Get Signature Proof of Delivery** | **Thursday, July 16, 2020 at 09:40** <br> **Origin Service Area:** <br>   WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA <br> **Destination Service Area:** <br>   CONAKRY - CONAKRY - GUINEA REPUBLIC | | 1 Piece |

| Thursday, July 16, 2020 | | Location | Time | Piece |
|---|---|---|---|---|
| 26 | Delivered - Signed for by: JAMIL | CONAKRY | 09:40 | 1 Piece |
| 25 | With delivery courier | CONAKRY - GUINEA REPUBLIC | 08:46 | 1 Piece |
| **Wednesday, July 15, 2020** | | **Location** | **Time** | **Piece** |
| 24 | Shipment on hold | CONAKRY - GUINEA REPUBLIC | 18:50 | 1 Piece |
| 23 | Scheduled for delivery as agreed | CONAKRY - GUINEA REPUBLIC | 18:49 | 1 Piece |
| 22 | Arrived at Sort Facility CONAKRY - GUINEA REPUBLIC | CONAKRY - GUINEA REPUBLIC | 16:26 | 1 Piece |
| **Tuesday, July 14, 2020** | | **Location** | **Time** | **Piece** |
| 21 | Departed Facility in ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 22:56 | 1 Piece |
| 20 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 18:10 | 1 Piece |
| **Monday, July 13, 2020** | | **Location** | **Time** | **Piece** |
| 19 | Shipment on hold | ABIDJAN - COTE D IVOIRE | 18:37 | 1 Piece |
| 18 | Arrived at Sort Facility ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 18:30 | 1 Piece |
| 17 | Departed Facility in LAGOS - NIGERIA | LAGOS - NIGERIA | 17:22 | 1 Piece |
| 16 | Processed at LAGOS - NIGERIA | LAGOS - NIGERIA | 15:46 | 1 Piece |
| 15 | Arrived at Sort Facility LAGOS - NIGERIA | LAGOS - NIGERIA | 15:01 | 1 Piece |
| 14 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 08:48 | 1 Piece |
| 13 | Transferred through BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 08:48 | 1 Piece |
| **Sunday, July 12, 2020** | | **Location** | **Time** | **Piece** |
| 12 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 18:09 | 1 Piece |
| 11 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 13:15 | 1 Piece |
| **Saturday, July 11, 2020** | | **Location** | **Time** | **Piece** |
| 10 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 08:40 | 1 Piece |
| **Friday, July 10, 2020** | | **Location** | **Time** | **Piece** |
| 9 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 17:59 | 1 Piece |
| 8 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:44 | 1 Piece |
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 03:29 | 1 Piece |
| **Tuesday, July 07, 2020** | | **Location** | **Time** | **Piece** |
| 6 | Arrived at Sort Facility NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 04:03 | 1 Piece |
| **Monday, July 06, 2020** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |

| | Thursday, July 16, 2020 | Location | Time | Piece |
|---|---|---|---|---|
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 22:39 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:27 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 18:51 | |

**Waybill: 9912747961**

**Signed for by: JAMIL**
Get Signature Proof of Delivery

**Monday, July 13, 2020 at 13:07**
Origin Service Area:
  WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
Destination Service Area:
  CONAKRY - CONAKRY - GUINEA REPUBLIC

1 Piece

| | Monday, July 13, 2020 | Location | Time | Piece |
|---|---|---|---|---|
| 22 | Delivered - Signed for by: JAMIL | CONAKRY | 13:07 | 1 Piece |
| 21 | With delivery courier | CONAKRY - GUINEA REPUBLIC | 08:27 | 1 Piece |
| | Friday, July 10, 2020 | Location | Time | Piece |
| 20 | Arrived at Sort Facility CONAKRY - GUINEA REPUBLIC | CONAKRY - GUINEA REPUBLIC | 16:34 | 1 Piece |
| 19 | Scheduled for delivery as agreed | CONAKRY - GUINEA REPUBLIC | 16:32 | 1 Piece |
| 18 | Departed Facility in ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 00:00 | 1 Piece |
| | Thursday, July 09, 2020 | Location | Time | Piece |
| 17 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 23:59 | 1 Piece |
| 16 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 11:58 | 1 Piece |
| | Wednesday, July 08, 2020 | Location | Time | Piece |
| 15 | Departed Facility in LAGOS - NIGERIA | LAGOS - NIGERIA | 16:42 | 1 Piece |
| 14 | Processed at LAGOS - NIGERIA | LAGOS - NIGERIA | 13:20 | 1 Piece |
| 13 | Arrived at Sort Facility LAGOS - NIGERIA | LAGOS - NIGERIA | 12:50 | 1 Piece |
| 12 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:57 | 1 Piece |
| 11 | Transferred through BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:56 | 1 Piece |
| 10 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:59 | 1 Piece |
| 9 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 00:53 | 1 Piece |
| | Tuesday, July 07, 2020 | Location | Time | Piece |
| 8 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:43 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 07:13 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:49 | 1 Piece |
| | Monday, July 06, 2020 | Location | Time | Piece |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 22:39 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:27 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 18:52 | |

| Waybill: 9912747972 | Monday, July 13, 2020 at 13:11 | | 1 Piece |
|---|---|---|---|
| **Signed for by: JAMIL** | **Origin Service Area:** | | |
| Get Signature Proof of Delivery | WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA | | |
| | **Destination Service Area:** | | |
| | CONAKRY - CONAKRY - GUINEA REPUBLIC | | |

| | **Monday, July 13, 2020** | **Location** | **Time** | **Piece** |
|---|---|---|---|---|
| 23 | Delivered - Signed for by: JAMIL | CONAKRY | 13:11 | 1 Piece |
| 22 | With delivery courier | CONAKRY - GUINEA REPUBLIC | 08:27 | 1 Piece |
| | **Friday, July 10, 2020** | **Location** | **Time** | **Piece** |
| 21 | Arrived at Sort Facility CONAKRY - GUINEA REPUBLIC | CONAKRY - GUINEA REPUBLIC | 16:34 | 1 Piece |
| 20 | Scheduled for delivery as agreed | CONAKRY - GUINEA REPUBLIC | 16:32 | 1 Piece |
| 19 | Departed Facility in ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 00:00 | 1 Piece |
| | **Thursday, July 09, 2020** | **Location** | **Time** | **Piece** |
| 18 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 23:59 | 1 Piece |
| 17 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 11:58 | 1 Piece |
| | **Wednesday, July 08, 2020** | **Location** | **Time** | **Piece** |
| 16 | Departed Facility in LAGOS - NIGERIA | LAGOS - NIGERIA | 16:42 | 1 Piece |
| 15 | Processed at LAGOS - NIGERIA | LAGOS - NIGERIA | 13:24 | 1 Piece |
| 14 | Arrived at Sort Facility LAGOS - NIGERIA | LAGOS - NIGERIA | 12:50 | 1 Piece |
| 13 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:57 | 1 Piece |
| 12 | Transferred through BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:56 | 1 Piece |
| 11 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:59 | 1 Piece |
| 10 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 00:53 | 1 Piece |
| | **Tuesday, July 07, 2020** | **Location** | **Time** | **Piece** |
| 9 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:16 | 1 Piece |
| 8 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 07:13 | 1 Piece |
| 7 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 06:01 | 1 Piece |
| 6 | Arrived at Sort Facility NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 04:03 | 1 Piece |
| | **Monday, July 06, 2020** | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 22:39 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:27 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 18:51 | |

| Waybill: 9912747983 | Monday, July 13, 2020 at 13:14 | | 1 Piece |
|---|---|---|---|
| **Delivered** | **Origin Service Area:** | | |
| Get Signature Proof of Delivery | WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA | | |
| | **Destination Service Area:** | | |
| | CONAKRY - CONAKRY - GUINEA REPUBLIC | | |

| Monday, July 13, 2020 | | Location | Time | Piece |
|---|---|---|---|---|
| 22 | Delivered | CONAKRY | 13:14 | 1 Piece |
| 21 | With delivery courier | CONAKRY - GUINEA REPUBLIC | 08:27 | 1 Piece |
| **Friday, July 10, 2020** | | **Location** | **Time** | **Piece** |
| 20 | Arrived at Sort Facility CONAKRY - GUINEA REPUBLIC | CONAKRY - GUINEA REPUBLIC | 16:34 | 1 Piece |
| 19 | Scheduled for delivery as agreed | CONAKRY - GUINEA REPUBLIC | 16:32 | 1 Piece |
| 18 | Departed Facility in ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 00:00 | 1 Piece |
| **Thursday, July 09, 2020** | | **Location** | **Time** | **Piece** |
| 17 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 23:59 | 1 Piece |
| 16 | Processed at ABIDJAN - COTE D IVOIRE | ABIDJAN - COTE D IVOIRE | 11:58 | 1 Piece |
| **Wednesday, July 08, 2020** | | **Location** | **Time** | **Piece** |
| 15 | Departed Facility in LAGOS - NIGERIA | LAGOS - NIGERIA | 16:42 | 1 Piece |
| 14 | Processed at LAGOS - NIGERIA | LAGOS - NIGERIA | 13:20 | 1 Piece |
| 13 | Arrived at Sort Facility LAGOS - NIGERIA | LAGOS - NIGERIA | 12:50 | 1 Piece |
| 12 | Departed Facility in BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:57 | 1 Piece |
| 11 | Transferred through BRUSSELS - BELGIUM | BRUSSELS - BELGIUM | 06:56 | 1 Piece |
| 10 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:59 | 1 Piece |
| 9 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 00:53 | 1 Piece |
| **Tuesday, July 07, 2020** | | **Location** | **Time** | **Piece** |
| 8 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 22:43 | 1 Piece |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 07:13 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:51 | 1 Piece |
| **Monday, July 06, 2020** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:49 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 22:39 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:23 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 18:51 | |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

- Terms & Conditions
- Tracking FAQs

**Deutsche Post DHL Group**