

16 July 2020

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9912748005.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9912748005 was delivered on 13 July 2020 at 13.12**

| | | | |
|---|---|---|---|
| **Signed** | JAMIL | **Destination Service Area** | CONAKRY<br>GUINEA REPUBLIC |
| **Signature** | *[signature image]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008051932433 |

**Additional Shipment Details**

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 06 July 2020 at 18.52 | | |



16 July 2020

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9912747961.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9912747961 was delivered on 13 July 2020 at 13.07**

| | | | |
|---|---|---|---|
| **Signed** | JAMIL | **Destination Service Area** | CONAKRY GUINEA REPUBLIC |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008051932445 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 06 July 2020 at 18.52 | | |



16 July 2020

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9912747972.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9912747972 was delivered on 13 July 2020 at 13.11**

| | | | |
|---|---|---|---|
| **Signed** | JAMIL | **Destination Service Area** | CONAKRY<br>GUINEA REPUBLIC |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008051932449 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 06 July 2020 at 18.52 | | |



16 July 2020

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9912747994.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9912747994 was delivered on 16 July 2020 at 09.40**

| | | | |
|---|---|---|---|
| **Signed** | JAMIL | **Destination Service Area** | CONAKRY<br>GUINEA REPUBLIC |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008051932443 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 06 July 2020 at 18.52 | | |



16 July 2020

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9912747983.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9912747983 was delivered on 13 July 2020 at 13.14**

| | | | |
|---|---|---|---|
| **Signed** | | **Destination Service Area** | CONAKRY<br>GUINEA REPUBLIC |
| **Signature** | *[signature image]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008051916743 |

**Additional Shipment Details**

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 06 July 2020 at 18.52 | | |