UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

COMPAGNIE SAHÉLIENNE D'ENTREPRISE,

    *Petitioner*

vs.

REPUBLIC OF GUINEA,

    *Respondent.*

Civil Action No. 20-cv-1536 (TJK)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 26 day of October, 2020, that I am the attorney of record for Petitioner in the above-entitled case and that Respondent Republic of Guinea, was served via DHL pursuant 28 U.S.C. 1608(a)(3) on July 13, 2020. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is 28 U.S.C. 1608(a)(3).

I further certify under penalty of perjury that: no appearance has been entered by said Respondent in this case; no pleading has been filed and none served upon the attorney for the Petitioner; no extension has been given and the time for filing has expired; and the Respondent is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against Respondent Republic of Guinea.

Dated:  October 26, 2020

By: /s/ Reginald R. Goeke

Reginald R. Goeke (DC Bar No. 435613)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300
rgoeke@mayerbrown.com

B. Ted Howes (*pro hac vice*)
Hannah C. Banks (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2500
bhowes@mayerbrown.com
hbanks@mayerbrown.com

*Attorneys for Petitioner*
*Compagnie Sahélienne d'Entreprise*