Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

COMPAGNIE SAHELIENNE D'ENTREPRISE

Plaintiff(s)

v.

Civil Action: 20-cv-01536-TJK

REPUBLIC OF GUINEA

Defendant(s)

RE: REPUBLIC OF GUINEA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 7/13/2020, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of October, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk