**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMPAGNIE SAHÉLIENNE
D'ENTREPRISE,

              *Petitioner*,

    v.

REPUBLIC OF GUINEA,

              *Respondent*.

Civil Action No. 20-cv-1536 (TJK)

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Pursuant to 28 U.S.C. § 1608 and Federal Rule of Civil Procedure 55, Petitioner

Compagnie Sahélienne d'Entreprise moves for entry of a default judgment against Respondent,

the Republic of Guinea for the reasons set forth in the Memorandum of Law in Support of

Petitioner's Motion for Entry of Default Judgment together with the supporting Declaration of B.

Ted Howes and corresponding exhibits.

WHEREFORE, Petitioner moves the Court to enter default judgment against Guinea.

Dated:  November 18, 2020

By: /s/ Reginald R. Goeke

Reginald R. Goeke (DC Bar No. 435613)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
T: (202) 263-3000
F: (202) 263-3300
rgoeke@mayerbrown.com

B. Ted Howes (*pro hac vice*)
Hannah C. Banks (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2500
bhowes@mayerbrown.com
hbanks@mayerbrown.com

*Attorneys for Petitioner*
*Compagnie Sahélienne d'Entreprise*

2