.



Published on *Africa Guinee | Actualité sur la Guinée et l'Afrique* (https://www.africaguinee.com)

Accueil > Guinée : Condamné aux Etats-Unis, l'Etat prend un engagement…

# Guinée : Condamné aux Etats-Unis, l'Etat prend un engagement…

Politique



CONAKRY-Condamné aux Etats-Unis par un tribunal fédéral de Washington DC, l'Etat guinéen [1] s'engage à payer sa créance vis-à-vis de la Compagnie Sahélienne d'Entreprise.

Selon le verdict rendu le 11 juin dernier, la Guinée reste devoir à cette entreprise sénégalaise un montant de 8,2 millions de dollars américains. Le litige porte sur un projet de tronçons routiers entre Tombo et l'aéroport de Gbessia, réalisé par la Compagnie Sahélienne d'Entreprise. Interrogé sur ce contentieux, maitre Mory Doumbouya a indiqué que l'Etat guinéen n'a pas de gros souci à se faire sur ce dossier.

« On n'a pas grand problème avec ce dossier. La saisine du tribunal arbitral même n'était pas nécessaire, jusqu'à prolonger la procédure aux Etats-Unis. C'est une situation qui se rapporte au réaménagement de la route 2x2 Tombo-Moussdougou-Aéroport. Le dossier est déjà pris en compte au titre du règlement de la dette intérieure par le ministère de l'Economie et des Finances. Tout ce que

nous demandons au partenaire, c'est de se rapprocher des autorités compétentes guinéennes pour définir les modalités de règlement de cette créance », indique l'Agent Judiciaire de l'Etat.

Lire aussi-***Etats-Unis : La Guinée condamnée à une lourde peine à Washington… [1]***

La Guinée était accusée dans ce dossier d'avoir refusé de payer ses factures. « Ce n'est pas du tout un refus, il y a eu peut-être un problème d'approche », précise Maitre Mory Doumbouya. Il estime qu'il n'y a pas eu suffisamment de communication entre la compagnie Sahélienne et l'Etat guinéen, sans quoi cet arbitrage n'avait pas du tout sa raison d'être.

« Il y a une commission d'apurement des créances de l'Etat au niveau du ministère de l'Economie et des Finances. Cette créance est bien prise en compte (…). Le partenaire doit simplement se rapprocher des autorités compétentes guinéennes pour définir les modalités de règlement de cette créance (…) On sait que quand on va devant un tribunal arbitral ou une juridiction étatique, il y a généralement des frais qui viennent gonfler le montant global de la créance. Alors bien sûr dans le cadre des modalités de règlement, nous allons examiner ces aspects là pour ne pas que le montant global soit greffer d'accessoires inutiles. Mais même si c'est le cas, on ferait tout pour trouver un compromis », rassure l'Agent Judicaire de l'Etat.

**Diallo Boubacar 1**

**Pour Africaguinee.com**

**Tel : (00224) 655 311 112**

---

**Source URL:** https://www.africaguinee.com/articles/2020/06/17/guinee-condamne-aux-etats-unis-l-etat-prend-un-engagement

**Links**
[1] https://www.africaguinee.com/articles/2020/06/13/etats-unis-la-guinee-condamnee-une-lourde-peine-washington

Translation to English of article in Africaguinee.com

**Guinea: Condemned in the United States, the State makes a commitment**

CONAKRY-Condemned in the United States by a federal court in Washington DC, the Guinean State undertakes to pay its debt to the Compagnie Sahélienne d'Entreprise.

According to the verdict issued on 11 June, Guinea still owes this Senegalese company US$8.2 million. The dispute relates to a project for road sections between Tombo and Gbessia airport, carried out by the Compagnie Sahélienne d'Entreprise. Questioned on this dispute, the lawyer, Mr. Mory Doumbouy, stated that the Guinean state should not have concerns about this case.

"We don't have a big problem with this file. There was no need to refer the matter to the arbitral tribunal and to take this procedure to the United States. This is a situation that relates to the redevelopment of the 2x2 Tombo-Moussdougou-Airport road. The file is already taken into account under domestic debt settlement by the Ministry of Economy and Finance. All we are asking the partner to do is to get in touch with the competent Guinean authorities to define the terms of payment of this debt," says the State Judicial Officer.

Guinea was accused in this case of having refused to pay its bills. "It's not a refusal at all, there may have been a problem of approach in this matter" says Mory Doumbouya. He considers that there was insufficient communication between the Sahelian company and the Guinean State, without which this arbitration was completely without purpose.

"There is a commission for the clearance of State debts at the level of the Ministry of Economy and Finance. This debt is indeed taken into account (...). The partner simply has to contact the competent Guinean authorities to define the terms of payment of this debt (...) We know that when you go before an arbitral tribunal or a state court, there are usually costs that inflate the overall amount of the claim. We will, of course, examine these aspects in the context of the terms of payment so that the overall amount does not comprise unnecessary additions. But even if this is the case, we will do everything we can to find a compromise", reassures the State Judicial Agent.

Diallo Boubacar 1

For Africaguinee.com

Phone: (00224) 655 311 112