

*Par lettre recommandée avec accusé de réception et courrier rapide*

Maître Mory Doumbouya
Agent Judiciaire de la République de Guinée
Présidence de la République
Boîte Postale 1005
Conakry
République de Guinée

Mayer Brown
Avocats à la Cour
10 Avenue Hoche
75008 Paris
France

T: +33 1 53 53 43 43
F: +33 1 53 96 03 83
mayerbrown.com

**Dany Khayat**

E : dkhayat@mayerbrown.com

Paris, le 23 juin 2020

**Objet: Exécution de la sentence rendue en faveur de la Compagnie Sahélienne d'Entreprises contre la République de Guinée dans l'affaire CCI 22056/DDA**

Cher Maître Doumbouya,

Nous sommes les conseils de la société Compagnie Sahélienne d'Entreprises, sise à Dakar, Sénégal. Comme vous le savez, une sentence arbitrale CCI a été rendue le 7 août 2018 dans l'affaire CCI 22056/DDA qui opposait la Compagnie Sahélienne d'Entreprises à la République de Guinée. Cette sentence non susceptible de recours condamne la République de Guinée au versement des sommes qui sont détaillées ci-dessous. Avec nos bureaux de Washington DC et New York, nous avons entrepris une procédure de reconnaissance et d'exécution forcée de cette sentence aux Etats-Unis sur les biens de la République de Guinée, dans la mesure où aucune somme n'a été versée à notre cliente par la République de Guinée à ce jour (affaire n° 1:20-cv-01536 devant la *US District Court for the District of Columbia*).

Nous avons lu avec beaucoup d'intérêt votre déclaration du mercredi 17 juin 2020 dans la presse guinéenne (*"Guinée: Condamné aux Etats-Unis, l'Etat prend un engagement"*, 17 juin 2020, *Africa Guinée* https://www.africaguinee.com/articles/2020/06/17/guinee-condamne-aux-etats-unis-l-etat-prend-un-engagement*)* dans laquelle vous confirmez que la République de Guinée est disposée à régler cette créance – qu'elle reconnaît - à la Compagnie Sahélienne d'Entreprises et qu'il suffit que cette dernière se rapproche des autorités compétentes guinéennes dans ce but. C'était le sens de mon appel téléphonique du vendredi 19 juin 2020 lors duquel vous avez eu l'amabilité de me confirmer ce qui précède et votre déclaration.

Comme vous nous l'avez demandé, je vous envoie cette lettre comportant le détails des sommes dues à notre client (le dispositif de la sentence CCI est joint):

- La sentence arbitrale a condamné la République du Guinée au règlement d'une somme totale de **7 368 366,85 euros**;

- La sentence arbitrale a également condamné la République du Guinée au paiement d'intérêts sur cette somme au taux de 2.75% par an à partir du 10 décembre 2012. A ce jour (23 juin), le montant des intérêts s'élève à **1 671 836,38 euros** et augmente de **671,24** euros par jour en 2020;

- Enfin, la sentence arbitrale a également condamné la République du Guinée au paiement des frais d'arbitrage d'un montant de **541 450 dollars américains**;

- Soit un total de **9 040 203,23 euros à ce jour et 541 450 dollars américains**.[1]

---

[1] Voir à cette fin le dispositif de la sentence du 7 août 2018 joint à cette lettre.

A ces sommes s'ajoutent les honoraires et frais d'exécution de la sentence qui s'élèvent à ce jour à plus de **300 000 dollars américains**.

Nous vous remercions de procéder au règlement de l'ensemble de ces sommes sans plus de délais sur le compte de Mayer Brown auprès de la CARPA (la Caisse des Règlements Pécuniaires des Avocats de l'Ordre des avocats au Barreau de Paris), dont nous vous communiquerons les références séparément.

Nous attirons votre attention sur le fait que tant que cette somme n'a pas été réglée dans sa totalité, la procédure d'exécution de la sentence au Etats-Unis et ailleurs si nécessaire se poursuivra et vous exposera à des frais supplémentaires très conséquents.

Nous vous prions de bien vouloir agréer, Maître, l'expression de nos meilleures salutations.

Dany Khayat
**Mayer Brown**

*Pièce jointe*

*Copie à: Me Ted Howes (Mayer Brown New York), Me Reginald Goeke (Mayer Brown Washington DC), Me Abdoul Hamid N'Diaye (Dakar)*

## VII- DISPOSITIF

342.   Le Tribunal Arbitral :

1. Se Déclare compétent pour connaître du différend résultant des deux Marchés de travaux publics Lot 4 et Lot 5 dans une seule procédure arbitrale sur le fondement de la clause compromissoire prévue à l'article 29 CCAP des deux Marchés.

2. Condamne la Défenderesse au paiement du montant de **3.470.475,73 euros** au titre du montant des impayés de l'Avenant no.1 du Marché de Travaux « *réaménagement de la 2x2 voies entre Tombo et l'aéroport de Gbessia (Conakry) Lot 4 : Tronçon Kenien –T1, Marché de Travaux n° 2003/0325/1/2/1/2/N* » en date du 25 juin 2003.

3. Condamne la Défenderesse au paiement de **3.897.891,12 euros** au titre des montants impayés de l'Avenant no.1 du Marché de Travaux « *réaménagement de la 2x2 voies entre Tombo et l'aéroport de Gbessia (Conakry) Lot 5 : Tronçon T1-T2 y compris les deux échangeurs aux carrefours de la T1 et la T2, Marché de Travaux n° 2003/0324/1/2/1/2/N* » en date du 25 juin 2003 .

4. Rejette la demande de la Demanderesse pour le paiement du montant de **96.939.178 GNF** au titre du montant des impayés relatifs aux Décomptes no.16 et 17 du Marché de Travaux « *réaménagement de la 2x2 voies entre Tombo et l'aéroport de Gbessia (Conakry) Lot 4 : Tronçon Kenien –T1, Marché de Travaux n° 2003/0325/1/2/1/2/N* » en date du 25 juin 2003.

5. Rejette la demande de la Demanderesse pour le paiement du montant de **112.780.322 GNF** au titre des montants impayés de l'Avenant no.1 du Marché de Travaux « *réaménagement de la 2x2 voies entre Tombo et l'aéroport de Gbessia (Conakry) Lot 5 : Tronçon T1-T2 y compris les deux échangeurs aux carrefours de la T1 et la T2, Marché de Travaux n° 2003/0324/1/2/1/2/N* » en date du 25 juin 2003.

6. Condamne la Défenderesse au paiement des intérêts moratoires de l'ordre de 2.75% par an pour chacun des deux Marchés qui commencent à courir à partir de la date du 10 décembre 2012, date à laquelle la Demanderesse réclame le calcul du taux d'intérêts, jusqu'à la date du paiement définitif par la Défenderesse du montant de compensation déterminé par le Tribunal Arbitral s'élevant à **3.470.475,73 euros** pour le Marché du Lot 4 et à **3.897.891,12 euros** pour le Marché du Lot 5.

7. Rejette la Demande de la Demanderesse de paiement de dommages et intérêts à hauteur de **2,000,000 d'euros.**

102

8. Condamne la Défenderesse au paiement des frais de l'arbitrage fixés par la Cour de la Chambre de Commerce Internationale déboursés par la Demanderesse au cours de la procédure arbitrale d'un montant de **US$ 541,450**.

9. Ordonne l'exécution provisoire de la présente Sentence Arbitrale.

10. Rejette toutes autres demandes ou prétentions.

Rendue et signée à Paris, France en date du  7 Août 2018

Prof. Dr. Nayla COMAIR-OBEID
Présidente

Dr Seydou Madani SY

(Co-Arbitre)

Me Joachim BILE-AKA

(Co-Arbitre)

*Unofficial translation*

MAYER BROWN Letterhead

By Registered Mail and Express Courrier

Mr. Mory Doumbouya
Judicial Agent of the Republic of Guinea
Presidential Palace
P.O Box 105
Conakry
Republic of Guinea

Paris, 23 June 2020

Ref: Enforcement of the award rendered in favor of Compagnie Sahélienne d'Enterprises against the Republic of Guinea in ICC Case No. 22056/DDA)

Dear Mr. Doumbouya,

We represent Compagnie Sahélienne d'Enterprises, seated in Dakar, Senegal. As you are aware, an ICC arbitral award was rendered on 7 August 2018, in ICC arbitration proceeding No. 22056/DDA between Compagnie Sahélienne d'Enterprises and the Republic of Guinea. Such award, which cannot be subject to any legal recourse, condemns the Republic of Guinea to the payment of the sums of money listed below. Along with our offices in Washington DC and New York, we have initiated proceedings for the recognition and enforcement of this award in the United States in order to seize any assets that the Republic of Guinea would have there given that no amount were ever paid to our client to date (case No. 1:20-cv-01536 before the US District Court for the District of Columbia).

We read with great interest the statement you made on Wednesday 17 June 2020 to the Guinean press *(Guinee: Condamné aux Etats-Unis, 1'Etat prend un engagement", 17 juin 2020, Africa Guinee* https://www.africaguinee.com/articles/2020/06/17/guinee-condamne-aux-etats-unis-I-etat-prend-un-engagement) in which you confirm that the Republic of Guinea is willing to pay its debt -which it recognizes- to Compagnie Sahélienne d'Enterprises and that it is sufficient for the latter to contact the competent Guinean authorities for this purpose. This is the reason why I have indeed contacted you by phone on Friday 19 June 2020, and we held a conversation during which you have kindly confirmed this information and your statement.

As per your request, I am hereby sending you this letter with the details of the sums of money owed to our client (the dispositive part of the ICC award is attached):

- The award orders the Republic of Guinea to pay an amount of **7,368,366.85 Euros**;
- The award also orders the Republic to Guinea to pay interests on this amount at a rate of 2.75% per year from 10 December 2012. To this day (23 June), the amount of interests is **1,671,836.38 Euros**, and is increasing by **671.24 euros** per day in 2020;
- Finally, the award also ordered the Republic of Guinea to pay the arbitration costs for an amount of **541,450 US Dollars**.
- The total amount to this date is therefore of **9,040,203.23 Euros** and **541,450 US Dollars**[1].

---

[1] See the dispositive part of the award dated 7 August 2018, attached herewith.

*Unofficial translation*

MAYER BROWN Letterhead

Additional fees and expenses relating to the enforcement proceedings must be added to this figure, for an amount, to date, of more than **300,000 US Dollars**.

We request that you please proceed to pay these sums without further delay in the account of Mayer Brown with the 'CARPA' (*Caisse des Reglements Pecuniaires des Avocats* of the Paris Bar).

We draw your attention to the fact that, as long as the payment is not fully made, the enforcement procedure in the United States - and elsewhere if necessary - will continue and will expose you to very substantial additional costs.

We thank you in advance for your cooperation and extend you our best wishes.

Sincerely yours,



Dany Khayat
**Mayer Brown**


*Enclosure*


*Copy: Mr. Ted Howes (Mayer Brown New York), Mr. Reginal Goeke (Mayer Brown Washington DC), Mr. Aboul Hamid N'Diaye (Dakar).*