770788360783

# Delivered
## Friday 7/17/2020 at 1:08 pm

**DELIVERED**

Signed for by: MR DIOUBATE

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**
PARIS, 75 FR

**TO**
CONAKRY GN

## Shipment Facts

**TRACKING NUMBER**
770788360783

**SERVICE**
International Priority

**SHIPPER REFERENCE**
18604292

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
Wed 6/24/2020

**ACTUAL DELIVERY**
Fri 7/17/2020 1:08 pm

## Travel History

Local Scan Time

Friday , 7/17/2020

| Time | Location | Status |
|---|---|---|
| 1:08 pm | CONAKRY GN | Delivered |