UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPAGNIE SAHÉLIENNE D'ENTREPRISE,<br><br>     *Petitioner*,<br><br> v.<br><br>REPUBLIC OF GUINEA,<br><br>     *Respondent*. | Civil Action No. 20-cv-1536 (TJK) |

**[Proposed] Order**

Upon consideration of the Motion for Entry of Default Judgment submitted by Petitioner Compagnie Sahélienne d'Entreprise ("CSE"),

THE COURT CONCLUDES:

1. This Court has jurisdiction over this matter and Respondent Republic of Guinea ("Guinea") pursuant to 22 U.S.C. Section 1330(a), (b) and 1605(a)(6);

2. The Summons and Petition in this action were properly served on Guinea no later than July 13, 2020; the filing deadline for Guinea's response to the Petition was due September 11, 2020; and Guinea did not appear in this action or file a response to the Petition within that time;

3. CSE has established its claim or right to relief by evidence satisfactory to the Court.

**ORDERED** that the pecuniary obligations of the Final Award in favor of CSE and against GUINEA are recognized, entered, and recorded as a judgment by the Clerk of the Court in the same manner and with the same force and effect as if the Final Award were a final judgment of a court of general jurisdiction in one of the United States; and it is further

**ORDERED** that in accordance with the pecuniary obligations of the Final Award, judgment is entered in favor of CSE in the amount of:

(a) EUR 7,368,366.85 in damages, as awarded in the Final Award;

(b) USD 541,450 as expenses for the Arbitration, as awarded in the Final Award;

(c) Interest on the sum awarded in (a) at a rate of 2.75% per year accruing on December 10, 2012 until the date of final payment, as awarded in the Final Award; and

(d) Reasonable costs and expenses incurred in enforcing payment of the Final Award in the amount of _____ .

Dated: _____, 2020

_____
HON. TIMOTHY J. KELLY
United States District Judge