# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPAGNIE SAHÉLIENNE D'ENTREPRISE,<br><br>    *Petitioner*,<br><br>v.<br><br>REPUBLIC OF GUINEA,<br><br>    *Respondent*. | Civil Action No. 20-cv-1536 (TJK) |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned counsel of record for Petitioner in this matter, respectfully request that the Clerk mail the following to be delivered to the Court in hard copy:

1. One set of the following documents in English, and one set in French, to be served on Respondent:

  (a) Order (Dkt. 16); and

  (b) Memorandum Opinion (Dkt. 17);

by DHL pursuant to 28 U.S.C. § 1608(a)(3) to:

 Republic of Guinea
 His Excellency Ibrahima Khalil Kaba
 Ministry of Foreign Affairs and of Guineans Abroad
 Kaloum
 Port autonome de Conakry
 Rue KA 005
 Conakry
 Republic of Guinea

 Republic of Guinea
 His Excellency Ibrahima Khalil Kaba
 Ministry of Foreign Affairs and of Guineans Abroad
 Port Autonome de Conakry
 P.O. Box 2519
 Conakry
 Republic of Guinea

Republic of Guinea
His Excellency Ibrahima Khalil Kaba
Ministry of Foreign Affairs and of Guineans Abroad
Boulevard Maritime
Kaloum
Conakry
Republic of Guinea

Republic of Guinea
His Excellency Ibrahima Khalil Kaba
Ministry of Foreign Affairs and of Guineans Abroad
Almaya
Kaloum
Republic of Guinea

Republic of Guinea
His Excellency Ibrahima Khalil Kaba
Ministry of Foreign Affairs and of Guineans Abroad
Derrière le Ministère des Mines
Almamya
Kaloum
Conakry
Republic of Guinea

Dated:  June 23, 2021

/s/ Reginald R. Goeke
Reginald R. Goeke (DC Bar No. 435613)